■ JOHN PROZERALIK, Respondent, v CAPITAL CITIES COMMUNICATIONS, INC., Appellant.■■■■■■

To insure the orderly progress of the deposition, it should be supervised in accordance with CPLR 3104 (a). (Appeal from order of Supreme Court, Niagara County, Gossel, J.—discovery.) Present—Dillon, P. J., Green, Pine, Balio and Lawton, J.